LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
HOMECOMINGS FINANCIAL, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA HERNANDEZ, | CASE NO. CV09-00882 R (JWJx) |
| Plaintiff, | **JUDGMENT** |
| vs. | Honorable Manuel L. Real |
| CAL-WESTERN RECONVEYANCE CORP., HOMECOMINGS FINANCIAL, LLC, and DOES 1-50, inclusive, | |
| Defendants. | |

1   This Court, having granted the Motion to Dismiss filed by Defendant
2   Homecomings Financial, LLC with prejudice, IT IS ORDERED AND ADJUDGED
3   that Plaintiff's Complaint is DISMISSED WITH PREJUDICE and JUDGMENT IS
4   RENDERED IN FAVOR OF DEFENDANTS.

6   DATED:   April 13, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Manuel L. Real
　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　Central District of California

**Locke Lord Bissell & Liddell LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071